# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

JOSEPH K. HAIRSTON,

      Plaintiff,

  v.

SPECTRA TECH, INC. dba SPECTRA TECH
NEW MEXICO, INC. and NUCLEAR
WASTE PARTNERSHIP, LLC,

      Defendants.

Case No. 1:19-cv-00062-SMV-SCY

## ORDER GRANTING UNOPPOSED MOTION TO DISMISS

This matter came before the Court on Defendant Spectra Tech, Inc.'s Unopposed Motion to Dismiss ("Motion") [Doc. 12, filed 06/07/19]. The Court, having reviewed the Motion and being otherwise fully advised in the premises, FINDS the Motion well taken.

IT IS THEREFORE ORDERED that this proceeding is hereby dismissed with prejudice with each party to pay his or its own attorneys' fees and costs.

_____
HONORABLE STEPHAN M. VIDMAR

Submitted by:

*/s/ Charlotte Lamont*
Charlotte Lamont
LITTLER MENDELSON, P.C.
Attorneys for Defendant Spectra Tech, Inc.


Agreed to:

*Electronic Approval Given 06/07/19*
David B. Joeckel, Jr.
THE JOECKEL LAW OFFICE
dbj@joeckellaw.com
Attorneys for Plaintiff


*Electronic Approval Given 06/07/19*
Danny W. Jarrett
JACKSON LEWIS P.C.
jarrettd@jacksonlewis.com
Attorneys for Defendant Nuclear Waste Partnership, LLC


FIRMWIDE:164801305.1 094969.1001